**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CRADLE IP, LLC, a Delaware Limited Liability Company, | § § § | |
| Plaintiff, | § § | CA No. 12-1282 (RGA) |
| v. | § § | |
| ALTERA CORPORATION, a Delaware Corporation, | § § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § | |

**STIPULATED DISMISSAL WITH PREJUDICE**

Plaintiff Cradle IP, LLC ("Cradle") and Defendant Altera Corporation ("Altera"), through their respective counsel and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, respectfully stipulate to the dismissal with prejudice of all pending claims and counterclaims asserted in this action by Cradle against Altera and by Altera against Cradle. Cradle and Altera further stipulate that they shall each bear their own costs, expenses and attorneys' fees.

DATED: August 2, 2013

 /s/ *Kenneth L. Dorsney*  
Richard K. Herrmann (#405)  
Kenneth L. Dorsney (#3726)  
MORRIS JAMES LLP  
500 Delaware Avenue, Suite 1500  
Wilmington, Delaware 19801  
(302) 888-6800  
rherrmann@morrisjames.com  
kdorsney@morrisjames.com  

*Attorneys for Plaintiff Cradle IP, LLC*

 /s/ *Jack B. Blumenfeld*  
Jack B. Blumenfeld (#1014)  
Rodger D. Smith (#3778)  
MORRIS, NICHOLS, ARSHT & TUNNELL LLP  
1201 North Market Street  
Wilmington, Delaware 19899  
(302) 658-9200  
jblumenfeld@mnat.com  
rsmith@mnat.com  

*Attorneys for Defendant Altera Corporation*