IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRADLE IP, LLC, a Delaware Limited Liability Company, | § § § | |
| Plaintiff, | § § | CA No. 12-1282 (RGA) |
| v. | § § | |
| ALTERA CORPORATION, a Delaware Corporation, | § § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § | |

## STIPULATED DISMISSAL WITH PREJUDICE

Plaintiff Cradle IP, LLC ("Cradle") and Defendant Altera Corporation ("Altera"), through their respective counsel and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, respectfully stipulate to the dismissal with prejudice of all pending claims and counterclaims asserted in this action by Cradle against Altera and by Altera against Cradle. Cradle and Altera further stipulate that they shall each bear their own costs, expenses and attorneys' fees.

DATED: August 2, 2013

/s/ Kenneth L. Dorsney
Richard K. Herrmann (#405)
Kenneth L. Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com
kdorsney@morrisjames.com

*Attorneys for Plaintiff Cradle IP, LLC*

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
Rodger D. Smith (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, Delaware 19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Defendant Altera Corporation*

SO ORDERED this 5th day of Aug, 2013

_____
United States District Judge